[No. 16324–8–I.   Division One.   November 3, 1986.]

BRUCE MILLER, ET AL, *Appellants,* v. THE CITY
OF SEATTLE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–07388–8, Terrence A. Carroll, J., entered March 21, 1986. *Affirmed* by unpublished opinion per Britt, J. Pro Tem., concurred in by Cole and Durham, JJ. Pro Tem.

[No. 16411–2–I.   Division One.   November 3, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
LEWIS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–03118–9, Liem E. Tuai, J., entered April 30, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 17575–1–I.   Division One.   November 3, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. GRANT
DOUGLAS CAMPBELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–02605–1, Faith Enyeart, J., entered December 11, 1985. *Reversed* and *remanded with instructions* by unpublished per curiam opinion.

[No. 16531–3–I.   Division One.   November 3, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. ALLEN
MARK GAMMON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–8–00856–3, Maurice Epstein, J. Pro Tem., entered June 26, 1985. *Reversed* by unpublished opinion per Williams, J., concurred in by Coleman and Grosse, JJ.